```
                                        FILED
                                        JUN 1 0 2008
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1860-WQH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| SALVADOR MANRIQUEZ-CASTILLO t/n, ) aka Salvado Reyes-Castillo, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 12, 2008, within the Southern District of California, defendant SALVADOR MANRIQUEZ-CASTILLO aka Salvado Reyes-Castillo, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his true name was Salvado Reyes-Castillo, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 6/10/08.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney