AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUN 1 0 2 ~

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Salvador Manriquez -Castillo TN
aka SALVADO REYES-CASTILLO

**WAIVER OF INDICTMENT**

08 CR 1860- WQH

CASE NUMBER: 08mj1482

I, SALVADO REYES-CASTILLO, the above named defendant, who is accused of

committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___6|10|08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER